✓ #1011  # 128476
FILED
2010 MAY 11 PM 2:35
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:  \*  CASE NO. 08-35166-W
\*
\*  JUDGE MARY ANN WHIPPLE
\*
CAROL S. STEWART  \*  William L. Swope, Trustee
\*  221 South Main Street
\*  Findlay, Ohio 45840
\*  (419) 422-0288
\*  Sup. Ct. #0029538
\*

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| Olt, Sarah MD<br>750 W High St<br>Lima, OH 45801 | $ 0.08 |
| Fawcett Collecting Co<br>3235 Allentown Road<br>Lima, OH 45805 | $ 4.30 |
| Fawcett Collecting Co<br>3235 Allentown Road<br>Lima, OH 45805 | $ 1.26 |
|  | $ 5.64 |

A check for $5.64 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: April 21, 2010

William L. Swope
Trustee